120 F.3d 276
 Karen Adler, Next Friend of Minor, Leslie Alder, Laura
Jaffa, Robin Zion, Robin Rand, Next Friend of
Minor, Doug Rand
v.
Duval County School Board, Larry Zenke, Superintendent of
Duval County Public School District, Don Beckley, Member
Duval County School Board, Stan Jordan, Member of Duval
County School Board, Nancy Corwin, Member of Duval County
School Board, Student Coalition for Free Speech, American
Jewish Congress, Sharon Green, Parent and Next Friend of Jennifer
 NO. 94-2638
 United States Court of Appeals,
Eleventh Circuit.
 July 11, 1997
 M.D.Fla., 112 F.3d 1475
 
 1
 DENIALS OF REHEARING EN BANC.